IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

YVONNE F. WILSON, et al.,

        Plaintiffs,

v.                                      CIVIL ACTION NO.  2:04-cv-01147

CONSOLIDATION COAL COMPANY, et al.,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

Pending before the court is the defendant's motion for summary judgment.  The defendant claims that it should be entitled to summary judgment because the facts do not support a claim for intentional infliction of emotional distress or negligent infliction of emotional distress.  The court agrees.  The court **FINDS** that no genuine issue of material fact exists that would allow the plaintiffs to recover under a theory of intentional infliction of emotional distress or negligent infliction of emotional distress.  Accordingly, the court **GRANTS** the defendant's motion for summary judgment and **DISMISSES** the case.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                          ENTER:        February 13, 2006

                                          JOSEPH R. GOODWIN
                                          UNITED STATES DISTRICT JUDGE